No. 65094.—Wm. Turino Co., Inc. v. United States, protest 60/5859 (New York).

Opinion by JOHNSON, J. Since the protest was filed prior to liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 65095.—Van Oppen & Co., Inc. v. United States, protest 60/6770 (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE THIRD DIVISION, JANUARY 27, 1961

No. 65096.—Van Oppen & Co., Inc. v. United States, protest 60/7903 (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 65097.—Berolio Import Co., Inc. v. United States, protest 60/9193 (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

JANUARY 23, 1961

No. 65098.—J. E. Bernard & Co., Inc. v. United States, protest 59/23741–11030.— Motion of Government for rehearing granted.

JANUARY 24, 1961

No. 65099.—Freedman & Slater, Inc., et al. v. United States, protests 215178–K, etc.—Protests abandoned October 14, 1960. (Not published.) (Initial No. 164746–K.) Plaintiffs' application for rehearing granted.

JANUARY 26, 1961

No. 65100.—SUIT 5024.—Trans Atlantic Company v. United States.— —C.D. 2123 reversed November 17, 1960. C.A.D. 758.

No. 65101.—SUIT 5037.—United States v. IDL Mfg. & Sales Corp.— —C.D. 2146 affirmed November 17, 1960. C.A.D. 756.